FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JAN 10 AM 9:02

IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "⸺@⸺.⸺." IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | Case Number: 08:07-CV-425 |
| Plaintiff(s), v. | ) ) ) | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| MELVIN E. MCKERN and TRACY K. REEVES, | ) ) ) | |
| Defendant(s). | ) ) | |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiffs | January 9, 2008 |
| [signature] | For Defendants | January 9, 2008 |
| | For | |
| | For | |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For | |
| | For | |